**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 09-8197**
_____

DAVID VAN WORMER,

    Petitioner – Appellant,

  v.

HARRIS L. DIGGS, JR., Warden,

    Respondent – Appellee.

_____

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.   Anthony J. Trenga,
District Judge. (1:08-cv-01265-AJT-TRJ)

_____

Submitted:  June 17, 2010    Decided:  June 24, 2010

_____

Before MOTZ and KING, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

_____

Dismissed by unpublished per curiam opinion.

_____

David Van Wormer, Appellant Pro Se.  Thomas Drummond Bagwell,
Assistant Attorney General, Richmond, Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

David Van Wormer seeks to appeal the district court's order denying relief on his 28 U.S.C. § 2254 (2006) petition. The order is not appealable unless a circuit justice or judge issues a certificate of appealability. See 28 U.S.C. § 2253(c)(1) (2006). A certificate of appealability will not issue absent "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2) (2006). When the district court denies relief on the merits, a prisoner satisfies this standard by demonstrating that reasonable jurists would find that the district court's assessment of the constitutional claims is debatable or wrong. Slack v. McDaniel, 529 U.S. 473, 484 (2000); see Miller-El v. Cockrell, 537 U.S. 322, 336-38 (2003). When the district court denies relief on procedural grounds, the prisoner must demonstrate both that the dispositive procedural ruling is debatable, and that the petition states a debatable claim of the denial of a constitutional right. Slack, 529 U.S. at 484-85. We have independently reviewed the record and conclude that Van Wormer has not made the requisite showing. Accordingly, we deny a certificate of appealability and dismiss the appeal. We further deny Van Wormer's motion to vacate his state criminal conviction. We dispense with oral argument because the facts and legal contentions are adequately presented

2

in the materials before the court and argument would not aid the decisional process.

DISMISSED